United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEKSEI GORSHKOV,

Petitioner,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,

Defendants.

Case No. 24-cv-09465-NW

**ORDER OF DISMISSAL**

Petitioner commenced this action on December 27, 2024 with the filing of his complaint and a motion requesting a referral for the appointment of counsel. ECF Nos. 1, 2. On January 2, 2025, the Court denied Petitioner's motion to appoint counsel and reminded Petitioner of "his obligation to serve the complaint and to secure and serve summons on the defendants pursuant to Federal Rule of Civil Procedure 4(b), 4(c), and 4(i)." ECF No. 5. That Order and all subsequent communications from the Court were returned undelivered beginning on January 21, 2025. *See* ECF Nos. 6, 7, 9, 12.

In its attempts to communicate with Petitioner, the Court has used the address Petitioner provided with his complaint. ECF No. 1. Petitioner has not provided any address other than the address to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the Court undelivered, and the Court has received no communication from Petitioner.

Petitioner has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss an action without prejudice when mail directed to a pro se party is returned as not

United States District Court
Northern District of California

deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail.

This action is DISMISSED without prejudice because Petitioner failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

Because this dismissal is without prejudice, Petitioner may ask to reopen the action. To do this, he must file a response to the Court's order and a motion with the words MOTION TO REOPEN written on the first page.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 30, 2026

Noël Wise
United States District Judge